UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| GWYN TAYLOR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO: 1:14-cv-02012-TWP-TAB |
| FRANCISCAN ALLIANCE, INC., | ) | |
| Defendant. | ) | |

## ORDER ON
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice.

AND THE COURT, having examined said Stipulation and being duly advised therein, now finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, with each party to bear its/her own costs and attorneys' fees.

Dated: 6/22/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Jason P. Cleveland**
JOHN H. HASKIN & ASSOCIATES
255 North Alabama
Second Floor
Indianapolis, IN 46204
(317) 955-9500
Fax: (317) 955-2570
Email: jcleveland@jhaskinlaw.com

**John H. Haskin**
JOHN H. HASKIN & ASSOCIATES
255 North Alabama
Second Floor
Indianapolis, IN 46204
(317) 955-9500
Fax: (317) 955-2570
Email: jhaskin@jhaskinlaw.com

**Dana E. Stutzman**
Hall, Render, Killian, Heath & Lyman, P.C.
One American Square, Suite 2000
Box 82064
Indianapolis, IN  46282
(317) 977-1425
Fax:  (317) 633-4878
Email:  dstutzman@hallrender.com

1760111